**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 355 MAL 2021

           Respondent        :

                              :   Petition for Allowance of Appeal
                              :   from the Order of the Superior Court

           v.                 :

                              :

DONNA PILLING,                :

                              :

           Petitioner         :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 9th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**. Further, the Application for Leave to file *Amicus* Brief is **DENIED** as moot.